UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 07-095 (KSH) |
| v. | ORDER |
| TRAJKO MITEV | |

## SUBSTITUTION OF COUNSEL

This matter having been opened to the Court by Richard Coughlin, Federal Public Defender, who seeks permission to withdraw from the representation of Trajko Mitev, and to substitute Stacy A. Biancamano, Esq., as counsel for the defendant, effective October 27, 2008, and neither government nor Mr. Mitev having any objection to the requested substitution, and good and sufficient cause having been shown,

IT IS on this 7th day of October ORDERED, that

1. Effective October 27, 2008, the Office of the Federal Public Defender will be relieved as counsel for Trajko Mitev.

2. Effective October 27, 2008, Stacy A. Biancamano, Esq., shall be appointed to represent Trajko Mitev, pursuant to 18 U.S.C. § 3006A and Part II D(5) of Appendix I to the Criminal Justice Act Plan for the District of New Jersey.

Honorable Katharine S. Hayden, U.S.D.J.