# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 07-95 (KSH) |
| v. | |
| TRAJKO MITEV | Order for Modification Conditions of Bail |

THIS MATTER having come before the Court on the application of defendant, Trajko Mitev (by Stacy Ann Biancamano, Arleo, Donohue & Biancamano, LLC) for modification of the conditions of bail, directing the return of his valid United States passport, and the United States, (by Serina M. Vash, Esq., Assistant United States Attorney) consenting to the entry of the order and United States Pretrial Services (by Stephanie Ferruggia, United States Pretrial Service) having consented thereto, and for good cause shown;

IT IS on this 18th day of February 2010,

HEREBY ORDERED that the United States Pretrial Service Office shall release Mr. Mitev's passport to him, so that he may renew it and apply for government services. Once the passport is renewed it is to be returned to the United States Pretrial Service Office.

Honorable Katharine S. Hayden
United States District Judge