UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Criminal No.: 07-95 (KSH) |
|---|---|---|
| vs. | : | |
| TRAJKO MITEV, | : | **ORDER FOR MODIFICATION CONDITIONS OF BAIL** |
| Defendant. | : | |

**THIS MATTER** having come before the Court on the application of defendant Trajko Mitev (by his attorney Stacy Ann Biancamano) for modification of the conditions of bail, and the United States (by Kathleen O'Leary, Assistant United States Attorney) consenting to the entry of the Order and United States Pretrial Services (by Angel L. Matos, United States Pretrial Services) having consented thereto, and for good cause shown;

**IT IS** on this 4 day of October 2011;

**HEREBY ORDERED** that the defendant's bail be modified as follows:

1. The requirement that Mr. Mitev's travel be restricted to the State of New Jersey is hereby modified to restrict travel to New Jersey or as approved by Pretrial Services.

2. All other conditions shall remain in full force and effect.

Honorable Katharine S. Hayden
United States District Judge